✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                        DISTRICT OF                        CALIFORNIA

## APPEARANCE

Case Number:  08mj8441

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

URIEL HERNANDEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/22/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |

| | |
|---|---|
| John C. Ellis, Jr. / Federal Defenders of SD | 228083 |
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| | | |
|---|---|---|
| San Diego, CA  92101 | | |
| City | State | Zip Code |

| | |
|---|---|
| (619) 234-8467 | (619) 687-2666 |
| Phone Number | Fax Number |